## Kassel *v.* Mayor and Aldermen of Savannah.

LEWIS, J.   The principle announced in the case of *Kassel* v. *Savannah,* 109 *Ga.* 491, controls the present case.

> *Judgment reversed.   All the Justices concurring.*

Submitted December 4, 1899. — Decided January 24, 1900.

Certiorari. Before Judge Falligant. Chatham superior court. October 20, 1899.

*Saussy & Saussy,* for plaintiff in error.
*Samuel B. Adams,* contra.